UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-20698-CIV-MARTINEZ

CYNTHIA CLARK,

    Plaintiff,
v.

NCL (BAHAMAS) LTD.,
d/b/a NORWEGIAN CRUISE LINES,

    Defendant.
_____/

## ORDER OF TRANSFER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

**GOOD CAUSE** appearing that a transfer of this cause is appropriate, it is:

**ADJUDGED** that the above numbered cause is transferred to the calendar of Judge Becerra for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of March, 2024.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned accepts the transfer of this case. Therefore, it is

**ADJUDGED** that all pleadings filed after this date shall bear the following case number, 24-20698-CIV-BECERRA, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _8th_ day of March, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies provided to:
Clerk's Office
All Counsel of Record