**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 24-cv-20698-JB

Cynthia Clark,

        Plaintiff,

v.

NCL (Bahamas) Ltd.,

        Defendant.

_____/

**ORDER REGARDING PROCEDURES ON SERVICE,**
**DEFAULTS, CERTIFICATE OF INTERESTED PARTIES**
**<u>AND JOINT SCHEDULING REPORTS</u>**

The Court enters the following Order to apprise the parties of its procedures on service, defaults, certificates of interested parties and joint scheduling reports. The parties shall comply with the following:

1. **SERVICE:** Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Unless service is waived, proof of service must be made to the Court by filing the server's affidavit. If a Defendant waives service, notice of the same shall be filed immediately. Failure to file proof of service or show good cause within 90 days will result in a dismissal without prejudice and without further notice.

2. **DEFAULTS:** In the event a served Defendant does not appear in this action, the Plaintiff(s) shall file a motion for clerk's default within seven days of the deadline for Defendant to answer. Extensions of time to answer a pleading must take the form of a motion to the Court. Motions for final default judgment, if applicable, shall be filed within seven days of the entry of default.

3. **CERTIFICATE OF INTERESTED PARTIES:** Within fifteen days from the date the last Defendant enters an appearance in this action, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a

1

party.  The parties must not include the undersigned or the assigned Magistrate Judge as interested parties unless they have an interest in the litigation.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

4. **JOINT SCHEDULING REPORTS:** Within twenty days from the date the last Defendant enters an appearance in this action, the parties are directed to prepare and file a Joint Scheduling Report as required by Local Rule 16.1. Disclosures required under Fed. R. Civ. P. 26(a)(l) must be made at or before the time the parties confer to develop their case management and discovery plan. The parties must certify in the Joint Scheduling Report that such disclosures have been made unless a party files an objection to a required disclosure.  Such filed objection must include a full explanation of the basis for the objection.  The scheduling conference may be held via video conference or in person.  It may not be held by telephone.

   **DONE and ORDERED** in Chambers in Miami, Florida, this 19th day of March 2024.

   _____
   **JACQUELINE BECERRA**
   **UNITED STATES DISTRICT JUDGE**