UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20698-JB

CYNTHIA CLARK,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND NOTICE OF CHANGE OF ADDRESS AND EMAIL**

Counsel, Brandon P. Volk, Esq. hereby files this Motion to Withdraw as Counsel for Plaintiff and submits this Notice pursuant to Local Rule 11.1(g) and states the following:

1. Undersigned counsel was on this case as a member of the law firm Gerson & Schwartz, P.A.

2. Undersigned counsel has joined another law firm and is no longer with the law firm of Gerson & Schwartz, P.A.

3. Gerson & Schwartz, P.A. continues to represent Plaintiff.

4. Undersigned counsel further submits this **Notice of Change of Address and Contact Information to this Court** pursuant to Local Rule 11.1(g):

    Law Firm:    LIPCON, MARGULIES & WINKLEMAN, P.A.
    Address:     2800 Ponce de Leon Blvd., Suite 1480
                      Coral Gables, FL 33134
                      305-373-3016
    Email:        bvolk@lipcon.com

**WHEREFORE**, undersigned Counsel, respectfully files this Motion to Withdraw as Counsel for Plaintiff and Notice of Change of Address and Contact Information.

Respectfully Submitted on April 10, 2024.

*s/Brandon P. Volk*
**Brandon P. Volk, Esq.**
Fla. Bar No. 1019012
bvolk@lipcon.com
**LIPCON, MARGULIES**
**& WINKLEMAN, P.A.**
2800 Ponce de Leon Blvd, Suite 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 10, 2024, that a true and correct copy of the foregoing was automatically served electronically on all attorneys of record through CM/ECF.

*s/Brandon P. Volk*
Brandon P. Volk, Esq.
Florida Bar No. 1019012
bvolk@lipcon.com