## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:24-CV-20698-JEM

Plaintiff:
**CYNTHIA CLARK**

vs.

Defendant:
**NCL (BAHAMAS) LTD., d/b/a NORWEGIAN CRUISE LINES**

For:
Nicholas Gerson
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145

Received by DLE Process Servers, Inc on the 10th day of May, 2024 at 2:23 pm to be served on **NCL (Bahamas) LTD, d/b/a Norwegian Cruise Lines c/o R/A: Daniel S. Farkas, Esq., 7665 Corporate Center Dr, Miami, FL 33126**

I, Antonio Samalea, do hereby affirm that on the **13th day of May, 2024** at **2:05 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **Malena Delgado** as **Employee Authorized** for **NCL (Bahamas) LTD, d/b/a Norwegian Cruise Lines**, at the address of: **7665 Corporate Center Dr, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Antonio Samalea**
ID 3780

**DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2024030929

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

DELIVERED  5/13/2024 2:05 PM
SERVER  AG
LICENSE  ID 3780

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CYNTHIA CLARK <br><br> *Plaintiff(s)* <br> v. <br> NCL (BAHAMAS) LTD., <br> d/b/a NORWEGIAN CRUISE LINES, <br> a Bermuda corporation, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:24-cv-20698-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCL (BAHAMAS) LTD., d/b/a NORWEGIAN CRUISE LINES,
a Bermuda corporation,
c.o Registered Agent
FARKAS, DANIEL S, ESQ.
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas I. Gerson, Esq.
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  02/23/2024

Angela E. Noble
Clerk of Court

s/ N. Cubic
Deputy Clerk
U.S. District Courts